# UNITED STATES DISTRICT COURT
## District of Minnesota

Paul Hansmeier,

               Plaintiff(s),

v.

Sandipan Chowdhury and Booth Sweet LLP,

               Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:    18-cv-1433 (WMW)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1.   Appellants/Defendants Sandipan Chowdhury and Booth Sweet LLP's motion to withdraw the reference of the adversary proceeding from the bankruptcy court, (Case Number 18-cv-1433 at Dkt. 1), is **DENIED**.

    2.   The bankruptcy court's March 7, 2018 summary judgment order is **AFFIRMED**.

Date: 2/22/2019

                             KATE M. FOGARTY, CLERK

                             s/Mandy Price
                           (By) M. Price, Deputy Clerk